**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FABRICATED STEEL PRODUCTS, INCORPOR    § Case No. 11-82375
§
§
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                              Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,747.68           Claims Discharged
                                                     Without Payment: $2,275,537.63

Total Expenses of Administration: $2,556.85

3) Total gross receipts of $ 8,304.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,304.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,100,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,556.85 | 2,556.85 | 2,556.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,969.23 | 4,326.68 | 4,704.38 | 4,704.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 293,919.49 | 2,025,798.00 | 2,025,798.00 | 1,043.30 |
| **TOTAL DISBURSEMENTS** | $1,395,888.72 | $2,032,681.53 | $2,033,059.23 | $8,304.53 |

    4) This case was originally filed under Chapter 7 on May 25, 2011. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2012          By: /s/BERNARD J. NATALE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Prudential Life Insurance | 1129-000 | 8,304.33 |
| Interest Income | 1270-000 | 0.20 |
| **TOTAL GROSS RECEIPTS** | | **$8,304.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Northwest Bank of Rockford | 4110-000 | 1,100,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,100,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 76.40 | 76.40 | 76.40 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 825.00 | 825.00 | 825.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,580.45 | 1,580.45 | 1,580.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,556.85 | 2,556.85 | 2,556.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS - SOCIAL SECURITY EMPLOYEE PORTION | 5300-000 | N/A | N/A | 268.24 | 268.24 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 432.67 | 432.67 |
| | IRS - MEDICARE EMPLOYEE PORTION | 5300-000 | N/A | N/A | 62.73 | 62.73 |
| | ILL DEPT OF REVENUE - STATE W/H | 5300-000 | N/A | N/A | 129.80 | 129.80 |
| | IRS - MEDICARE EMPLOYER PORTION | 5800-000 | N/A | N/A | 62.73 | 62.73 |
| | IRS - SOCIAL SECURITY EMPLOYER PORTION | 5800-000 | N/A | N/A | 268.24 | 268.24 |
| | IRS - FEDERAL UNEMPLOYMENT TAX EMPLOYER PORTION | 5800-000 | N/A | N/A | 3.47 | 3.47 |
| | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 5800-000 | N/A | N/A | 43.26 | 43.26 |
| 11 | Jose Martinez | 5300-000 | 560.00 | 507.00 | 402.31 | 402.31 |
| 13 | Brenda Schober-Mattis | 5300-000 | N/A | 2,538.45 | 2,014.26 | 2,014.26 |
| 15 | Stanley Sadewater | 5300-000 | 640.00 | 512.00 | 406.28 | 406.28 |
| 17 | Janette L. Burgess | 5300-000 | 769.23 | 769.23 | 610.39 | 610.39 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 1,969.23 | 4,326.68 | 4,704.38 | 4,704.38 |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-82375   Doc 28   Filed 04/30/12   Entered 04/30/12 15:18:55   Desc Main
Document      Page 5 of 12

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Yellow Book Sales & Distribution | 7100-000 | 1,172.50 | 1,172.50 | 1,172.50 | 0.61 |
| 2 | Wooster Products, Inc. | 7100-000 | 1,314.33 | 1,314.33 | 1,314.33 | 0.68 |
| 3 | Nicholson Hardware | 7100-000 | 766.80 | 665.40 | 665.40 | 0.34 |
| 4 | Lindgren, Calliham, VanOsdol & Co. | 7100-000 | 6,212.25 | 6,552.77 | 6,552.77 | 3.37 |
| 5 | Paco Corporation | 7100-000 | 11,224.00 | 11,224.00 | 11,224.00 | 5.78 |
| 6 | Ticomix | 7100-000 | 330.00 | 330.00 | 330.00 | 0.17 |
| 7 | Silbaugh Maintenance | 7100-000 | 510.00 | 500.00 | 500.00 | 0.26 |
| 8 | Acctcele | 7100-000 | N/A | 14,056.00 | 14,056.00 | 7.24 |
| 9 | Welders Supply Company | 7100-000 | 7,019.10 | 6,853.11 | 6,853.11 | 3.53 |
| 10 | Rogers Brothers | 7100-000 | 960.10 | 960.10 | 960.10 | 0.49 |
| 12 | American Express Bank, FSB | 7100-000 | 13,627.48 | 13,627.48 | 13,627.48 | 7.02 |
| 14 | GE Money Bank | 7100-000 | N/A | 6,138.52 | 6,138.52 | 3.16 |
| 16 | Northwest Bank of Rockford | 7100-000 | unknown | 1,932,435.00 | 1,932,435.00 | 995.22 |
| 18 | Spectrum Insurance | 7100-000 | unknown | 29,968.79 | 29,968.79 | 15.43 |
| NOTFILED | Pitney Bowes Global Financial | 7100-000 | 466.36 | N/A | N/A | 0.00 |
| NOTFILED | Professional Steel | 7100-000 | 3,502.00 | N/A | N/A | 0.00 |
| NOTFILED | Physicians Immediate Care | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot Credit Plan | 7100-000 | 1,152.71 | N/A | N/A | 0.00 |
| NOTFILED | Prudential | 7100-000 | 685.92 | N/A | N/A | 0.00 |
| NOTFILED | Office Copy Products | 7100-000 | 3,321.34 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Building Contract | 7100-000 | 2.50 | N/A | N/A | 0.00 |
| NOTFILED | Physicians Immediate Care | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Larson & Darby | 7100-000 | 751.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Stitch | 7100-000 | 1,281.09 | N/A | N/A | 0.00 |
| NOTFILED | Namasco Receivables | 7100-000 | 6,507.93 | N/A | N/A | 0.00 |
| NOTFILED | Menards HSBC Business Solutions | 7100-000 | 3,406.81 | N/A | N/A | 0.00 |
| NOTFILED | Meyer & Horning | 7100-000 | 1,203.75 | N/A | N/A | 0.00 |
| NOTFILED | Nathaniel Kindell | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| NOTFILED | Max Weiss Co. | 7100-000 | 1,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson Carlson | 7100-000 | 148.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Purchase Power - Pitney Bowes | 7100-000 | 782.93 | N/A | N/A | 0.00 |
| NOTFILED | Liebovich | 7100-000 | 26,809.10 | N/A | N/A | 0.00 |
| NOTFILED | New Millenium Building Systems | 7100-000 | 3,237.88 | N/A | N/A | 0.00 |
| NOTFILED | Nick DeWitt | 7100-000 | 1,442.30 | N/A | N/A | 0.00 |
| NOTFILED | Lonnie Presson | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson Stud Welding | 7100-000 | 361.65 | N/A | N/A | 0.00 |
| NOTFILED | Sherwin Williams | 7100-000 | 2,057.78 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | US Cellular | 7100-000 | 1,693.14 | N/A | N/A | 0.00 |
| NOTFILED | TDS Metrocom | 7100-000 | 2,658.87 | N/A | N/A | 0.00 |
| NOTFILED | Valtmont Coatings | 7100-000 | 9,133.35 | N/A | N/A | 0.00 |
| NOTFILED | Swisher Hygiene Franchise Trust | 7100-000 | 1,337.48 | N/A | N/A | 0.00 |
| NOTFILED | WAB Properties, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | William Bondio | 7100-000 | 737.73 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | William A. Bondio | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Summeril Heating & A/C | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Wausau Steel Service Center | 7100-000 | 1,675.30 | N/A | N/A | 0.00 |
| NOTFILED | Steel Cutters | 7100-000 | 127.28 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Valley Painting | 7100-000 | 2,310.00 | N/A | N/A | 0.00 |
| NOTFILED | Roger Redner | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Disposal | 7100-000 | 231.58 | N/A | N/A | 0.00 |
| NOTFILED | Ruben Mendoza | 7100-000 | 528.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert W. Payne, Jr. | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 6,138.52 | N/A | N/A | 0.00 |
| NOTFILED | Silver Arrow | 7100-000 | 2,907.20 | N/A | N/A | 0.00 |
| NOTFILED | Stearns Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kelley Luker | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | R & B Wagner | 7100-000 | 2,226.81 | N/A | N/A | 0.00 |
| NOTFILED | Shane Nathan | 7100-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | Grainger | 7100-000 | 246.15 | N/A | N/A | 0.00 |
| NOTFILED | Karen Zarunts | 7100-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | AACT | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 891.30 | N/A | N/A | 0.00 |
| NOTFILED | AAA Galvanizing | 7100-000 | 9,117.37 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AFLAC | 7100-000 | 199.63 | N/A | N/A | 0.00 |
| NOTFILED | Acctcele | 7100-000 | 11,308.00 | N/A | N/A | 0.00 |
| NOTFILED | Alacran Contracting | 7100-000 | 13,255.17 | N/A | N/A | 0.00 |
| NOTFILED | AmCOMP Insurance | 7100-000 | 50,611.56 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Fastening Supply, nc. | 7100-000 | 4,806.11 | N/A | N/A | 0.00 |
| NOTFILED | Accurate Metals - Illinois | 7100-000 | 1,860.80 | N/A | N/A | 0.00 |
| NOTFILED | American Grating, LLC | 7100-000 | 249.50 | N/A | N/A | 0.00 |
| NOTFILED | Antonio Cadena | 7100-000 | 769.25 | N/A | N/A | 0.00 |
| NOTFILED | G & K Services | 7100-000 | 2,454.35 | N/A | N/A | 0.00 |
| NOTFILED | Forest City Communications, Inc. | 7100-000 | 318.29 | N/A | N/A | 0.00 |
| NOTFILED | Green Guard First Aid & Safety | 7100-000 | 158.48 | N/A | N/A | 0.00 |
| NOTFILED | Fire & Safety | 7100-000 | 397.94 | N/A | N/A | 0.00 |
| NOTFILED | Gregory J. Schlickman | 7100-000 | 1,730.77 | N/A | N/A | 0.00 |
| NOTFILED | Joseph T. Ryerson & Sons, Inc. | 7100-000 | 1,249.99 | N/A | N/A | 0.00 |
| NOTFILED | Kantorei Souvenir Program | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 2,142.56 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 8,376.76 | N/A | N/A | 0.00 |
| NOTFILED | HinckleySprings | 7100-000 | 637.02 | N/A | N/A | 0.00 |
| NOTFILED | Dierct Metals | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Barron Finishing Technologies | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Brenda Schober-Mattis | 7100-000 | 1,057.69 | N/A | N/A | 0.00 |
| NOTFILED | Barden Supply | 7100-000 | 8,362.79 | N/A | N/A | 0.00 |
| NOTFILED | Business Card Services | 7100-000 | 22,147.34 | N/A | N/A | 0.00 |
| NOTFILED | BHFX | 7100-000 | 1,661.94 | N/A | N/A | 0.00 |
| NOTFILED | CarQuest Auto Parts Store | 7100-000 | 100.98 | N/A | N/A | 0.00 |
| NOTFILED | Delta ScrewCompany | 7100-000 | 792.67 | N/A | N/A | 0.00 |
| NOTFILED | Dex One | 7100-000 | 3,312.34 | N/A | N/A | 0.00 |
| NOTFILED | Delta Coatings | 7100-000 | 787.87 | N/A | N/A | 0.00 |
| NOTFILED | Karen DeWitt | 7100-000 | 780.00 | N/A | N/A | 0.00 |
| NOTFILED | Carl Mitchell | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 293,919.49 | 2,025,798.00 | 2,025,798.00 | 1,043.30 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82375  
**Case Name:** FABRICATED STEEL PRODUCTS, INCORPOR  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 05/25/11 (f)  
**§341(a) Meeting Date:** 07/07/11  

**Period Ending:** 04/18/12  

**Claims Bar Date:** 10/17/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Prudential Life Insurance | 8,500.00 | 8,500.00 | | 8,304.33 | FA |
| 2 | Blanket Security Interest All company assets; li | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.20 | FA |
| 3 | Assets Totals (Excluding unknown values) | **$8,500.00** | **$8,500.00** | | **$8,304.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED.

**Initial Projected Date Of Final Report (TFR):** March 31, 2012   **Current Projected Date Of Final Report (TFR):** December 5, 2011 (Actual)

Printed: 04/18/2012 03:29 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-82375  
**Case Name:** FABRICATED STEEL PRODUCTS, INCORPOR  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-65 - Money Market Account  

**Taxpayer ID #:** **-***7164  
**Period Ending:** 04/18/12  

**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/11 | {1} | Prudential Insurance Company of America | Payment of Life Insurance Proceeds | 1129-000 | 8,304.33 | | 8,304.33 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,304.39 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,279.39 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,279.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,254.46 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,254.52 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,229.52 |
| 12/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 8,229.53 |
| 12/05/11 | | To Account #9200******6466 | Transfer for Final Report | 9999-000 | | 8,229.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,304.53 | 8,304.53 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,229.53 | |
| | | | **Subtotal** | | 8,304.53 | 75.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,304.53** | **$75.00** | |

{} Asset reference(s)

Printed: 04/18/2012 03:29 PM   V.12.57

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-82375  
**Case Name:** FABRICATED STEEL PRODUCTS, INCORPOR  
**Taxpayer ID #:** **-***7164  
**Period Ending:** 04/18/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | | From Account #9200******6465 | Transfer for Final Report | 9999-000 | 8,229.53 | | 8,229.53 |
| 01/05/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,580.45, Trustee Compensation; Reference: | 2100-000 | | 1,580.45 | 6,649.08 |
| 01/05/12 | 102 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $432.67; Filed: $0.00 for Federal W/H | 5300-000 | | 432.67 | 6,216.41 |
| 01/05/12 | 103 | IRS - SOCIAL SECURITY EMPLOYEE PORTION | Dividend paid 100.00% on $268.24; Filed: $0.00 for FICA | 5300-000 | | 268.24 | 5,948.17 |
| 01/05/12 | 104 | IRS - MEDICARE EMPLOYEE PORTION | Dividend paid 100.00% on $62.73; Filed: $0.00 for Medicare | 5300-000 | | 62.73 | 5,885.44 |
| 01/05/12 | 105 | ILL DEPT OF REVENUE - STATE W/H | Dividend paid 100.00% on $129.80; Filed: $0.00 for State W/H | 5300-000 | | 129.80 | 5,755.64 |
| 01/05/12 | 106 | Jose Martinez | Distribution paid 100.00% on $402.31; Claim# 11; Filed: $507.00; Reference: 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 | 5300-000 | | 402.31 | 5,353.33 |
| 01/05/12 | 107 | Brenda Schober-Mattis | Distribution paid 100.00% on $2,014.26; Claim# 13; Filed: $2,538.45; Reference: 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 | 5300-000 | | 2,014.26 | 3,339.07 |
| 01/05/12 | 108 | Stanley Sadewater | Distribution paid 100.00% on $406.28; Claim# 15; Filed: $512.00; Reference: 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 | 5300-000 | | 406.28 | 2,932.79 |
| 01/05/12 | 109 | Janette L. Burgess | Distribution paid 100.00% on $610.39; Claim# 17; Filed: $769.23; Reference: 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 | 5300-000 | | 610.39 | 2,322.40 |
| 01/05/12 | 110 | IRS - SOCIAL SECURITY EMPLOYER PORTION | Dividend paid 100.00% on $268.24; Filed: $0.00 for FICA | 5800-000 | | 268.24 | 2,054.16 |
| 01/05/12 | 111 | IRS - MEDICARE EMPLOYER PORTION | Dividend paid 100.00% on $62.73; Filed: $0.00 for Medicare | 5800-000 | | 62.73 | 1,991.43 |
| 01/05/12 | 112 | IRS - FEDERAL UNEMPLOYMENT TAX EMPLOYER PORTION | Dividend paid 100.00% on $3.47; Filed: $0.00 for FUTA | 5800-000 | | 3.47 | 1,987.96 |
| 01/05/12 | 113 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | Dividend paid 100.00% on $43.26; Filed: $0.00 for SUTA | 5800-000 | | 43.26 | 1,944.70 |
| 01/05/12 | 114 | Paco Corporation | Distribution paid 0.05% on $11,224.00; Claim# 5; Filed: $11,224.00; Reference: | 7100-000 | | 5.78 | 1,938.92 |
| 01/05/12 | 115 | Acctcele | Distribution paid 0.05% on $14,056.00; Claim# 8; Filed: $14,056.00; Reference: | 7100-000 | | 7.24 | 1,931.68 |
| 01/05/12 | 116 | American Express Bank, FSB | Distribution paid 0.05% on $13,627.48; Claim# 12; Filed: $13,627.48; Reference: | 7100-000 | | 7.02 | 1,924.66 |
| 01/05/12 | 117 | Northwest Bank of Rockford | Distribution paid 0.05% on $1,932,435.00; Claim# 16; Filed: $1,932,435.00; Reference: | 7100-000 | | 995.22 | 929.44 |
| 01/05/12 | 118 | Spectrum Insurance | Distribution paid 0.05% on $29,968.79; Claim# 18; Filed: $29,968.79; Reference: | 7100-000 | | 15.43 | 914.01 |
| 01/05/12 | 119 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 12.61 | 901.40 |
| | | | Dividend paid 0.05% on 0.61 | 7100-000 | | | 901.40 |
| | | | Subtotals : | | $8,229.53 | $7,328.13 | |

{} Asset reference(s)

Printed: 04/18/2012 03:29 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-82375 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FABRICATED STEEL PRODUCTS, INCORPOR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-66 - Checking Account |
| Taxpayer ID #: | **-***7164 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 04/18/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | $1,172.50; Claim# 1; Filed: $1,172.50 | | | | | |
| | | | Dividend paid  0.05% on $1,314.33; Claim# 2; Filed: $1,314.33 | 0.68 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $665.40; Claim# 3; Filed: $665.40 | 0.34 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $6,552.77; Claim# 4; Filed: $6,552.77 | 3.37 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $330.00; Claim# 6; Filed: $330.00 | 0.17 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $500.00; Claim# 7; Filed: $500.00 | 0.26 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $6,853.11; Claim# 9; Filed: $6,853.11 | 3.53 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $960.10; Claim# 10; Filed: $960.10 | 0.49 | 7100-000 | | | 901.40 |
| | | | Dividend paid  0.05% on $6,138.52; Claim# 14; Filed: $6,138.52 | 3.16 | 7100-000 | | | 901.40 |
| 01/05/12 | 120 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | | 901.40 | 0.00 |
| | | | Dividend paid 100.00% on $825.00; Claim# ATTY; Filed: $825.00 | 825.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $76.40; Claim# EXP; Filed: $76.40 | 76.40 | 3120-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,229.53 | 8,229.53 | $0.00 |
| Less: Bank Transfers | | 8,229.53 | 0.00 | |
| Subtotal | | 0.00 | 8,229.53 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $8,229.53 | |

{} Asset reference(s) 

Printed: 04/18/2012 03:29 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-82375 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | FABRICATED STEEL PRODUCTS, INCORPOR | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******64-66 - Checking Account |
| **Taxpayer ID #:** | **-***7164 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 04/18/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    8,304.53
———————
Net Estate :    $8,304.53

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******64-65** | 8,304.53 | 75.00 | 0.00 |
| **Checking # 9200-******64-66** | 0.00 | 8,229.53 | 0.00 |
| | $8,304.53 | $8,304.53 | $0.00 |

{} Asset reference(s)

Printed: 04/18/2012 03:29 PM    V.12.57