**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FABRICATED STEEL PRODUCTS, INCORPOR | § Case No. 11-82375 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　Clerk of The U S Bankruptcy Court
　　327 S Church Street, Room 1100
　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/12/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated:  08/08/2012      By:  /s/BERNARD J. NATALE
                                            Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FABRICATED STEEL PRODUCTS, INCORPOR § Case No. 11-82375
§
§
Debtor(s) §

### SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 9,929.39 |
| *and approved disbursements of* | $ 8,304.53 |
| *leaving a balance on hand of* [1] | $ 1,624.86 |
| **Balance on hand:** | **$ 1,624.86** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,624.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 260.00 |
| Remaining balance: | $ 1,364.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | |
|---:|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 1,364.86 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,704.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | IRS - FEDERAL UNEMPLOYMENT TAX EMPLOYER PORTION | 3.47 | 3.47 | 0.00 |
|  | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 43.26 | 43.26 | 0.00 |
|  | IRS - MEDICARE EMPLOYER PORTION | 62.73 | 62.73 | 0.00 |
|  | IRS - SOCIAL SECURITY EMPLOYER PORTION | 268.24 | 268.24 | 0.00 |
| 11 | Jose Martinez | 507.00 | 507.00 | 0.00 |
| 13 | Brenda Schober-Mattis | 2,538.45 | 2,538.45 | 0.00 |
| 15 | Stanley Sadewater | 512.00 | 512.00 | 0.00 |
| 17 | Janette L. Burgess | 769.23 | 769.23 | 0.00 |

Total to be paid for priority claims:   $         0.00
Remaining balance:                      $     1,364.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,025,798.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Yellow Book Sales & Distribution | 1,172.50 | 0.61 | 0.79 |
| 2 | Wooster Products, Inc. | 1,314.33 | 0.68 | 0.88 |
| 3 | Nicholson Hardware | 665.40 | 0.34 | 0.45 |
| 4 | Lindgren, Calliham, VanOsdol & Co. | 6,552.77 | 3.37 | 4.42 |
| 5 | Paco Corporation | 11,224.00 | 5.78 | 7.56 |
| 6 | Ticomix | 330.00 | 0.17 | 0.22 |
| 7 | Silbaugh Maintenance | 500.00 | 0.26 | 0.33 |

**UST Form 101-7-NFR (10/1/2010)**

| 8  | Acctcele                  | 14,036.00  | 7.24   | 9.47     |
|----|---------------------------|-----------:|-------:|---------:|
| 9  | Welders Supply Company    | 6,853.11   | 3.53   | 4.62     |
| 10 | Rogers Brothers           | 960.10     | 0.49   | 0.65     |
| 12 | American Express Bank, FSB| 13,627.48  | 7.02   | 9.18     |
| 14 | GE Money Bank             | 6,138.52   | 3.16   | 4.14     |
| 16 | Northwest Bank of Rockford| 1,932,435.00| 995.22| 1,301.95 |
| 18 | Spectrum Insurance        | 29,968.79  | 15.43  | 20.20    |

Total to be paid for timely general unsecured claims:  $    1,364.86
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |

Total to be paid for subordinated claims: $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 11-82375-MB
Fabricated Steel Products, Incorporated                       Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman            Page 1 of 4         Date Rcvd: Aug 17, 2012
                              Form ID: pdf006           Total Noticed: 99


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
db           +Fabricated Steel Products, Incorporated,    POB 7175,    Rockford, IL 61126-7175
17321884      AAA Galvanizing,    POB 843771,    Dallas, TX 75284-3771
17321885     +AACT,    POB 379,    109 Pepper Street,    Durand, IL 61024-9685
17321888      ADT Security Services, Inc.,     POB 371967,    Pittsburgh, PA 15250-7967
17321890     +AFLAC,    Attn: Remittance Processing,     1932 Synnoton Road,    Columbus, GA 31999-0001
17321886     +Acctcele,    3315 Harwood Court,    Rockford, IL 61114-7243
17321887     +Accurate Metals - Illinois,    2524 11th Street,    Rockford, IL 61104-7220
17321889     +Advanced Fastening Supply, nc.,     2201 Advance Road,    Madison, WI 53718-6761
17321891     +Alacran Contracting,    309 So. Main Street,    Rockford, IL 61101-1309
17321892     +AmCOMP Insurance,    POB 863525,    Orlando, FL 32886-0001
17321893     +American Express,    Box 0001,    Los Angeles, CA 90096-8000
17731878      American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17321894      American Grating, LLC,    1192 Center Point Drive,    Henderson, NV 89074
17321895     +Antonio Cadena,    3223 Dartmouth Drive,    Rockford, IL 61108-7505
17321898     +BHFX,    80 W. Seegers Road,    Arlington Heights, IL 60005-3917
17321896     +Barden Supply,    6812 Forest Hills Raod,    Loves Park, IL 61111-4367
17321899     +Brenda Schober-Mattis,    11629 Wagon Lane,    Roscoe, IL 61073-7763
17321900     +Business Card Services,    POB 23066,    Columbus, GA 31902-3066
17321902     +CarQuest Auto Parts Store,    POB 503628,    Saint Louis, MO 63150-3628
17321901     +Carl Mitchell,    7 Prairie Street,    German Valley, IL 61039-9506
17321903     +Delta Coatings,    1529 No. 31st Avenue,    Melrose Park, IL 60160-2911
17321904     +Delta ScrewCompany,    POB 47319,    Chicago, IL 60647-0006
17321905     +Dex One,    POB 660835,    Dallas, TX 75266-0835
17321906     +Dierct Metals,    3775 Cobb International Blvd.,    Kennesaw, GA 30152-4390
17321907     +Exxon Mobil,    POB 688938,    Des Moines, IA 50368-8938
17321908     +Fire & Safety,    2420 Harrison Avenue,    POB 5646,    Rockford, IL 61125-0646
17321909     +Forest City Communications, Inc.,     POB 15097,    Loves Park, IL 61132-5097
17321910     +G & K Services,    5611 11th Street,    Rockford, IL 61109-3654
17321912     +Green Guard First Aid & Safety,     4159 Shorelind Drive,    Earth City, MO 63045-1217
17321913     +Gregory J. Schlickman,    1303 28th Street,    Rockford, IL 61108-3637
17321914     +HinckleySprings,    POB 660579,    Dallas, TX 75266-0579
17321915     +Home Depot,    POB 6029,    The Lakes, NV 88901-6029
17321916     +Janette L. Burgess,    1496 Temple Circle,    Rockford, IL 61108-4449
17321917     +Jose Martinez,    1027 Cunningham Street,    Rockford, IL 61102-2729
17321919     +Kantorei Souvenir Program,    415 No. Church Street,    Rockford, IL 61103-6810
17321920     +Karen DeWitt,    4609 Treeview Terrace,    Rockford, IL 61109-4131
17321921     +Karen Zarunts,    1617 So. Rawleigh Avenue,    Freeport, IL 61032-2527
17321922      Kelley Luker,    205So. Memorial Avenue,    Rockford, IL 61102
17321923     +Larson & Darby,    POB 5207,    4949 Harrison Ave., Suite 100,    Rockford, IL 61108-8328
17321924     +Liebovich,    Attn: Mark Rodriguez,    2116 Preston Street,    Rockford, IL 61102-1897
17321925     +Lindgren, Calliham, VanOsdol & Co.,     4949 Harrison Avenue, Suite 300,    POB 5407,
               Rockford, IL 61125-0407
17321926     +Lonnie Presson,    6551 E. Riverside Blvd.,    Rockford, IL 61114-4962
17321927     +Max Weiss Co.,    8625 West Bradley Rd.,    Milwaukee, WI 53224-2893
17321928     +Menards,    HSBC Business Solutions,    POB 5219,    Carol Stream, IL 60197-5219
17321929     +Meyer & Horning,    3400 No. Rockton,    Rockford, IL 61103-1942
17321930     +Midwest Stitch,    6767 Charles Street,    Rockford, IL 61108-6832
17321931     +Namasco Receivables,    75 Remittance Drive, Suite 6402,    Chicago, IL 60675-6402
17321932     +Nathaniel Kindell,    5734 Halley Road,    Rockford, IL 61101-8014
17321933     +Nelson Carlson,    POB 4183,    1417 22nd Street,    Rockford, IL 61108-3546
17321934     +Nelson Stud Welding,    POB 504781,    Saint Louis, MO 63150-4781
17321935     +New Millenium Building Systems,     36919 Treasury Center,    Chicago, IL 60694-6900
17321936     +Nicholson Hardware,    POB 1718,    Rockford, IL 61110-0218
17321937     +Nick DeWitt,    4609 Treeview Terrace,    Rockford, IL 61109-4131
17321938     +Northern Illinois Building Contract,     1111 So. Alpine Road, Suite 202,    Rockford, IL 61108-3983
17321939     +Northwest Bank of Rockford,    3106 North Rockton Avenue,    Rockford, IL 61103-2800
17321940     +Northwest Bank of Rockford,    C/O Attorney Timothy F Horning,     3400 North Rockton Avenue,
               Rockford, IL 61103-1942
17321941     +Office Copy Products,    1920 Daimler Road,    Rockford, IL 61112-1066
17321942     +Office Depot Credit Plan,    POB 689020,    Des Moines, IA 50368-9020
17321943     +Paco Corporation,    9945 So. Industrial Drive,    Bridgeview, IL 60455-2494
17321945     +Physicians Immediate Care,    10100 Forest Hills Road,    Machesney Park, IL 61115-8234
17321948     +Professional Steel,    635 Harlem Road,    Machesney Park, IL 61115-2429
17321949     +Prudential,    POB 856138,    Louisville, KY 40285-6138
17321951     +R & B Wagner,    POB 423,    Butler, WI 53007-0423
17321952     +Robert W. Payne, Jr.,    1443 4th Avenue,    Rockford, IL 61104-3239
17321953     +Rock River Disposal,    POB 673045,    Milwaukee, WI 53267-0001
17321954     +Rock River Valley Painting,    1017 River Lane,    Loves Park, IL 61111-4714
17321955     +Roger Redner,    827 Mattis Avenue,    Rockford, IL 61109-1154
17321956     +Rogers Brothers,    1925 Kishwaukee Street,    Rockford, IL 61104-5121
17321957     +Ruben Mendoza,    1229Roase Avenue,    Rockford, IL 61102-2777
17321959     +Shane Nathan,    4438 South Bend Road,    Rockford, IL 61109-5186
17321960     +Sherwin Williams,    1001 Charles Street,    Rockford, IL 61104-1216
17321961     +Silbaugh Maintenance,    3315 Harwood Court,    Rockford, IL 61114-7243
```

```
District/off: 0752-3          User: cbachman             Page 2 of 4                   Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 99


17321962    #+Silver Arrow,    901 22nd Street,     Rockford, IL 61108-3537
17321963     +Spectrum Insurance,    5301 E. State St., Suite 201,     Rockford, IL 61108-2387
18003458     +Spirit Air Business,    Accounts Receivable Mgmt inc,     POB 129,    Thorofare, NJ 08086-0129
17321964     +Stanley Sadewater,    8404 Cameo Drive,     Machesney Park, IL 61115-2563
17321965     +Stearns Bank,    500 13th St.,    POB 750,    Albany, MN 56307-0750
17321966      Steel Cutters,    2605 Huggman Blvd.,     Rockford, IL 61103
17321967     +Summeril Heating & A/C,    2122 Spencer Court,     South Beloit, IL 61080-2457
17321968     +Swisher Hygiene Franchise Trust,     360 Smoke Tree Business Park,    North Aurora, IL 60542-1720
17321970     +Ticomix,    5642 No. Second Street,     Loves Park, IL 61111-4663
17321971     +UPS,    Lockbox 577,    Carol Stream, IL 60132-0001
17321973     +Valtmont Coatings,    POB 310267,    Des Moines, IA 50331-0267
17321974     +WAB Properties, LLC,    904 22nd Street,     Rockford, IL 61108-3538
17321975     +Wausau Steel Service Center,    2900 W. Sherman St.,     POB 329,    Wausau, WI 54402-0329
17321976     +Welders Supply Company,    111 Barrett Place,     POB 875,    Beloit, WI 53512-0875
17321977     +William A. Bondio,    4392 Shorewood Drive,     Rockford, IL 61101-9367
17321981     +Wooster Products, Inc.,    1000 Spruce Street,     POB 6005,    Wooster, OH 44691-6005
17431935     +Yellow Book Sales & Distribution,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
17321982     +Yellowbook-West,    POB 660052,    Dallas, TX 75266-0052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17837273      E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2012 02:51:26      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17321911     +E-mail/Text: SCD_BankruptcyNotices@Grainger.com Aug 18 2012 00:55:58      Grainger,
               Dept. 664-865264816,    Palatine, IL 60038-0001
17321918     +E-mail/Text: mwcreditbankruptcy@ryerson.com Aug 18 2012 00:56:09
               Joseph T. Ryerson & Sons, Inc.,    24487 Network Place,    Chicago, IL 60673-1244
17321946     +E-mail/Text: bankruptcy@pb.com Aug 18 2012 00:50:09      Pitney Bowes Global Financial,
               POB 856460,   Louisville, KY 40285-6460
17321947      E-mail/Text: bankruptcy@proconsrv.com Aug 18 2012 00:55:33      Pro Consulting Services, Inc.,
               POB 66510,   Houston, TX 77266-6510
17321950     +E-mail/Text: bankruptcy@pb.com Aug 18 2012 00:50:09      Purchase Power - Pitney Bowes,
               POB 856042,   Louisville, KY 40285-6042
17321958     +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2012 02:51:26      Sams Club,    POB 530942,
               Atlanta, GA 30353-0942
17321969     +E-mail/Text: bankruptcynotices@tdstelecom.com Aug 18 2012 00:52:14      TDS Metrocom,    POB 94510,
               Palatine, IL 60094-4510
17321972     +Fax: 866-419-3894 Aug 18 2012 01:27:38      US Cellular,    POB 0203,   Palatine, IL 60055-0001
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17321944      Physicians Immediate Care,    10100
17321978      William Bondio
17321979      William Bondio
17321980      Winnebago County Treasurer
17931184*    +Northwest Bank of Rockford,    3106 North Rockton Avenue,    Rockford, IL 61103-2800
17931122*     Spectrum Insurance,    5301 E. State St., Ste 201,    Rockford, IL 61108-2387
17321897    ##+Barron Finishing Technologies,    1616 Elmwood Rd.,    Rockford, IL 61103-1212
                                                                                 TOTALS: 4, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cbachman            Page 3 of 4              Date Rcvd: Aug 17, 2012
                              Form ID: pdf006           Total Noticed: 99
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: cbachman              Page 4 of 4              Date Rcvd: Aug 17, 2012
                              Form ID: pdf006             Total Noticed: 99
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              James E Stevens    on behalf of Debtor  Fabricated Steel Products, Incorporated
               jimstevens@bslbv.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                          TOTAL: 5
```