UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA                    Hearing Date: 9/12/12

Bankruptcy Case No. 11-82375        Adversary No.

Title of Cause: In re: Fabricated Steel Products, Incorporated

Brief Statement
of Motion: Hearing on Trustee's Amended Final Report

Name and Addresses
of moving counsel:

Representing:

## ORDER

The Amended Final Report filed by Trustee is hereby approved.

SEP 12 2012